IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY J. LINDENFELSER, through her Attorney-in-fact, ROBERT LINDENFELSER: | Civil Action No: 10-1693 |
| | Chief Judge Lancaster |
| Plaintiff, | |
| vs. | |
| FARMINGTON CASUALTY COMPANY | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a), the parties hereby stipulate to dismiss this matter, with prejudice, due to the resolution reached at the ENE session in this case.

Respectfully submitted,

SHENDEROVICH, SHENDEROVICH & FISHMAN, P.C.

By: /s/ Craig L. Fishman
Craig L. Fishman, Esquire
Attorney for Plaintiff
PA I.D. #58753

DiBELLA, GERE, McALLISTER, BEST

By: /s/ Matthew C. Lenahan
Matthew C. Lenahan, Esquire
Attorney for Defendant

SO ORDERED, this 9th day of May, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge